# United States District Court

<u>EASTERN</u> DISTRICT OF <u>VIRGINIA</u>

```
                                                  F I L E D
                                                  OCT 17 2008
                                              CLERK, U.S. DISTRICT COURT
                                                  RICHMOND, VA
```

UNITED STATES OF AMERICA

CRIMINAL COMPLAINT

v.

CASE NUMBER: 3:08mj652

ANTONIO SALAZAR

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 17, 2008, at <u>Ft. Lee</u>, in the <u>Eastern</u> District of <u>Virginia,</u> within the special territorial jurisdiction of the United States, defendant(s) **ANTONIO SALAZAR** did,

WILLFULLY, KNOWINGLY COMMIT TRESPASS.

in violation of Title <u>18</u> United States Code, Section(s) <u>1382</u>, I further state that I am a(n) <u>Investigator with the United States Army/ Military Police Investigations (MPI)</u> and that this complaint is based on the following facts:

See attached affidavit.

**Continued on the attached sheet and made a part hereof.**   <u>X</u> Yes   ___ No

Signature of Complainant

Sworn to before me, and subscribed in my presence
                                                at
Date  17 October 2008                           City and State

Name and Title of Judicial Officer

/s/
Dennis W. Dohnal
United States Magistrate Judge

# AFFIDAVIT

I, Scott A. Patton, a Military Police Investigator for the United States Army, being duly sworn, depose and state as follows, to wit:

1. Your affiant has been a law enforcement officer for 5 years. Your Affiant has an Associates of Applied Science Degree in Business Administration at Broward Community College. Your affiant has attended and completed United States Army Military Police School and Military Police Investigations School.

2. I personally conducted the investigation of this case and I am familiar with all the circumstances of the investigation. This affidavit does not contain every material fact that I have learned during the course of this investigation; however, no information known to me that would tend to negate probable cause has been withheld from this affidavit. On the basis of the familiarity and knowledge, I allege fact, which reveal there is probable cause to believe an unlawfully commit offenses within the jurisdiction of the Eastern District of Virginia, to wit: that on October 17, 2008, **ANTONIO SALAZAR** did knowingly, and intentionally, and unlawfully commit offense within the jurisdiction of the Eastern District of Virginia, to wit:

    a) Did commit TRESPASS as he attempted to enter Fort Lee Military Reservation in the Eastern District of Virginia. In violation of 18USC1382.

3. Your affiant was contacted by Desk SGT Hodges, to respond to the Fort Lee Sisisky Gate Entrance, to investigate a subject that had entered Fort Lee Military Reservation, in the Eastern District of Virginia. TRESPASS. **ANTONIO SALAZAR** was entering to work at the housing construction site on Fort Lee Military Reservation. After an identification check at Sisisky Gate, **ANTONIO SALAZAR** produced a non government issued identification which is not considered an acceptable valid government issued identification to enter Fort Lee Reservation. A Visa, or work permit is required by law for aliens in the United States, which the subject did not have. An attempt to identify the subject through Immigration Customs Enforcement (I.C.E.) met with a negative result, showing no record of the subject **ANTONIO SALAZAR** entering the United States legally. The subject is citizen of Mexico.

4. The above subject was also checked in the United States Military Centralized Operations Police Suite, which met with negative results. Your affiant can testify to the fact that Fort Lee Military Reservation is within the special Territorial Jurisdiction of the Eastern District of the United States.

5. Based on this investigation, your affiant believes that there is probable cause to believe that **ANTONIO SALAZAR** did commit the offense against the United States within the special territorial jurisdiction of the United States requests that an arrest warrant be issued for said subject.

                         *[signature]*
               **Investigator Scott A. Patton**
                     **United States Army**
           **Military Police Investigations (MPI)**
              **Fort Lee, Virginia  23801**

Sworn and subscribed before me
This __17__ day of October, 2008.

           /s/
      Dennis W. Dohnal
      United States Magistrate Judge